IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY | : | CIVIL ACTION |
| LITIGATION (NO. VI) | : | NO. MDL 875 |

-----------------------------------------------------------------

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RALPH SPENCER, ET AL. | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, | ) | CIVIL ACTION NO. 05-591 |
| Defendant. | ) | |

## ORDER OF DISMISSAL

This matter having come before the court pursuant to the foregoing stipulation and motion of the parties for an order of dismissal as to Kenneth Leedom, Bobby Sims, and Ralph Spencer only, the above-entitled action having been fully settled on its merits out of court to the satisfaction of the parties, and the court being otherwise fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the above-entitled action be and it hereby is dismissed with prejudice as to these plaintiffs and without costs or attorneys' fees to any party.

IT IS SO ORDERED.

Signed this 16th day of November, 2006.

/s/       David  R Herndon
**United States District Judge**