IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : | CIVIL ACTION NO. MDL 875 |

------------------------------------------------------------------

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RALPH SPENCER, ET AL.          )
                               )
      Plaintiff,               )
                               )
vs.                            )
                               )
THE BURLINGTON NORTHERN AND    ) CIVIL ACTION NO. 05-591
SANTA FE RAILWAY COMPANY,      )
                               )
                               )
      Defendant.               )

## ORDER OF DISMISSAL

This matter having come before the court pursuant to the foregoing stipulation and motion of the parties for an order of dismissal as to John Reed only, the above-entitled action having been fully settled on its merits out of court to the satisfaction of the parties, and the court being otherwise fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the above-entitled action be and it hereby is dismissed with prejudice as to this plaintiff and without costs or attorneys' fees to any party.

IT IS SO ORDERED.

Signed this 7th day of June, 2007.

/s/      David  RHerndon
**United States District Judge**